1 | RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
2 | A Professional Corporation
12424 Wilshire Boulevard, Suite 720
3 | Los Angeles, California 90025
Telephone: (310) 571-3511
4 | Facsimile: (310) 571-3512

ENTERED
MAY 13 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

FILED
MAY 1 2 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

5 | Attorneys for
ALI JAMES PARVAZ AND ROYA MEHRANNEJAD PARVAZ
6 | Debtors and Debtors In Possession

7

8 |                UNITED STATES BANKRUPTCY COURT

9 |    CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

10

11 | In re:                          ) Case No. SV 09-26007 GM
                                    )
12 | ALI JAMES PARVAZ and ROYA      ) Chapter 11
     MEHRANNEJAD PARVAZ,           )
13 |                                ) ORDER GRANTING "MOTION TO
                                    ) DETERMINE SECURED VALUE OF REAL
14 |                                ) PROPERTY OF THE ESTATE AND TO
                                    ) STAY POST PETITION PAYMENTS"
15 |               Debtors.         )
                                    )
16 |                                )
                                    )
17 |                                )
                                    )
18 |                                ) Date:  May 12, 2010
                                    ) Time:  10:00 a.m.
19 |                                ) Place: Courtroom 303
                                    )   U.S. Bankruptcy Court
20 |                                )   21041 Burbank Boulevard
                                    )   Woodland Hills, CA 90012
21 |                                )
                                    )

22

23

24

25

26

27

28

1 | AT WOODLAND HILLS, CALIFORNIA, IN THE ABOVE JUDICIAL DISTRICT,

2 | ON THIS ___ DAY OF MAY, 2010:

3 | The "Motion To Determine Secured Value Of Real Property Of

4 | The Estate And To Stay Post Petition Payments" ("Motion To

5 | Determine Secured Value"), filed on behalf of the debtors and

6 | debtors in possession Ali James Parvaz and Roya Mehrannejad

7 | Parvaz ("Debtors"), came on regularly for hearing on May 12,

8 | 2010, before the undersigned United States Bankruptcy Judge in

9 | courtroom 303 of the United States Bankruptcy Court for the

10 | Central District of California, 21041 Burbank Boulevard,

11 | Woodland Hills, California 90012.

12 | The Court having reviewed and considered the "Notice Of

13 | Motion And Motion To Determine Secured Value Of Real Property Of

14 | The Estate And To Stay Post Petition Payments; Memorandum Of

15 | Points And Authorities; And Declaration(s) And Exhibit(s) In

16 | Support Thereof"; and having determined that the Motion To

17 | Determine Secured Value was properly served on Metrocities

18 | Mortgage, LLC, Wilshire State Bank and Comerica; and having

19 | issued a tentative ruling; and good cause appearing therefor,

20 | **IT IS HEREBY ORDERED** that the Motion To Determine Secured

21 | Value is granted;

22 | **IT IS FURTHER ORDERED** that the claim of Metrocities

23 | Mortgage, LLC is deemed a general unsecured claim for purposes

24 | of treatment under any plan of reorganization or amended plan of

25 | reorganization that Debtors may file;

26 | **IT IS FURTHER ORDERED** that Debtors are relieved from making

27 | any post petition mortgage payments to Metrocities Mortgage, LLC

28 | during the pendency of their chapter 11 case;

Law Offices
of Raymond
H. Aver, APC

1       **IT IS FURTHER ORDERED** that the second priority deed of

2  trust lien held in favor of Metrocities Mortgage, LLC against

3  the residential real property located at 75 Oakleaf Avenue, Oak

4  Park, California 91377 (APN 800-0-013-045)(the "Subject

5  Property") shall be extinguished upon Debtors' completion of a

6  plan of reorganization and receipt of a chapter 11 discharge;

7       **IT IS FURTHER ORDERED** that the claim of Wilshire State Bank

8  is deemed a general unsecured claim for purposes of treatment

9  under any plan of reorganization or amended plan of

10  reorganization that Debtors may file;

11       **IT IS FURTHER ORDERED** that Debtors are relieved from making

12  any post petition mortgage payments to Wilshire State Bank

13  during the pendency of their chapter 11 case;

14       **IT IS FURTHER ORDERED** that the third priority deed of trust

15  lien held in favor of Wilshire State Bank against the Subject

16  Property shall be extinguished upon Debtors' completion of a

17  plan of reorganization and receipt of a chapter 11 discharge;

18       **IT IS FURTHER ORDERED** that the claim of Comerica Bank is

19  deemed a general unsecured claim for purposes of treatment under

20  any plan of reorganization or amended plan of reorganization

21  that Debtors may file;

22       **IT IS FURTHER ORDERED** that Debtors are relieved from making

23  any post petition mortgage payments to Comerica Bank during the

24  pendency of their chapter 11 case; and

25       **IT IS FURTHER ORDERED** that the fourth priority deed of

26  trust lien held in favor of Comerica Bank against the Subject

27  ///

28  ///

1   Property shall be extinguished upon Debtors' completion of a

2   plan of reorganization and receipt of a chapter 11 discharge.

3       MAY 12 2010

4                                    _____

5                                    HONORABLE GERALDINE MUND
                                     United States Bankruptcy Judge

6

7

8   Respectfully submitted by:

9   LAW OFFICES OF RAYMOND H. AVER
    A Professional Corporation

10

11

12  By: _____
          RAYMOND H. AVER

13  Attorneys for
    ALI JAMES PARVAZ AND ROYA MEHRANNEJAD PARVAZ

14  Debtors and Debtors In Possession

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING "MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY OF THE ESTATE AND TO STAY POST-PETITION PAYMENTS"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 12, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

&boxtimes;    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page

1

## SERVICE LIST

2  Via NEF

Raymond H Aver    ray@averlaw.com
3  Alice Blanco    bkmail@mrdefault.com
John H Choi    johnchoi@kpcylaw.com
4  David F Makkabi    cmartin@pprlaw.net
Christopher M McDermott    ecfcacb@piteduncan.com
5  S Margaux Ross    margaux.ross@usdoj.gov
Ramesh Singh    claims@recoverycorp.com
6  United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

7  VIA US MAIL

8  Metrocities Mortgage LLC

9  Address on Proof of Claim
Metrocities Mortgage, LLC/ GMAC Mortgage LLC
10  1100 Virginia Drive
Ft. Washington, PA 19034
11  Attn: Bankruptcy Department

12  Attorneys for Metrocities Mortgage LLC/GMAC Mortgage LLC
Erin L. Laney, Esquire
13  4375 Jutland Drive, Suite 200
P.O. Box 17933
14  San Diego, California 92177-0933

15  Wilshire State Bank

16  Address of Proof of Claim
Wilshire State Bank
17  c/o John Choi, Esquire
Kim Park Choi & Yi, APLC
18  3435 Wilshire Boulevard, Suite 1720
Los Angeles, California 90010

19

Comerica Bank
20
Comerica Bank
21  500 Woodard Avenue., MC 3391
Detroit, MI 48226
22
Comerica Bank
23  2321 Rosecrans Avenue, Suite 5000
El Segundo, California 90245
24
Agent for Service of Process for Comerica Bank
25  CT Corporation System
818 West Seventh Street
26  Los Angeles, California 90017

27

28

Law Offices
of Raymond
H. Aver, APC